UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOEMI ITZEL HERNANDEZ JAIMES,<br><br>Defendant. | CASE NO. 25-cr-00221-WQH-1<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/ TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting from March 3, 2025, to April 14, 2025, at 9:00 a.m. is granted. (ECF No. 18.) Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7) for the reasons stated in the joint motion.

Dated: February 28, 2025

_____
Hon. William Q. Hayes
United States District Court